CLOSED, MDL, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02419**
**Internal Use Only**

Nichols v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Vanessa D Gilmore
Lead case: 4:07-cv-02002
Member cases:

- 4:07-cv-02393
- 4:07-cv-02397
- 4:07-cv-02399
- 4:07-cv-02400
- 4:07-cv-02402
- 4:07-cv-02405
- 4:07-cv-02408
- 4:07-cv-02411
- 4:07-cv-02414
- 4:07-cv-02416
- 4:07-cv-02419
- 4:07-cv-02421
- 4:07-cv-02422
- 4:07-cv-02423
- 4:07-cv-02424
- 4:07-cv-02425
- 4:07-cv-02427
- 4:07-cv-02630
- 4:07-cv-02631
- 4:07-cv-02633
- 4:07-cv-02634
- 4:07-cv-02635
- 4:07-cv-02637
- 4:07-cv-02638
- 4:07-cv-02766
- 4:07-cv-02767

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/24/2007
Date Terminated: 08/24/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Charles M. Nichols** | represented by | **David Willis Alexander**<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926<br>Fax: 281-538-6292<br>Email: dalexander@williamskherkher.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **D Mitchell McFarland**<br>500 Dallas Street<br>Ste 2600<br>Houston, Tx 77002<br>713-843-7900<br>Fax: 713-843-7901<br>Email: mitch.mcfarland@harrisonbettis.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **C. R. Bard, Inc.** | represented by | **D Mitchell McFarland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 2884238) filed by Charles M. Nichols. (Attachments: # 1 Civil Cover Sheet Nichols, Charles M.)(Alexander, David) (Entered: 07/24/2007) |
| 07/26/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/16/2007 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.( Signed by Judge Vanessa D Gilmore ) (Attachments: # 1 Conference Procedures) Parties notified.(sbyrum, ) (Entered: 07/26/2007) |
| 07/26/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(rvazquez, ) (Entered: 07/26/2007) |
| 08/07/2007 | 3 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(dbiagas, ) (Entered: 08/07/2007) |
| 08/07/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(mmapps, ) (Entered: |

| | | |
|---|---|---|
| | | 08/07/2007) |
| 08/08/2007 | 5 | First CERTIFICATE OF INTERESTED PARTIES by Nichols, Charles M., filed.(Alexander, David) (Entered: 08/08/2007) |
| 08/14/2007 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to MDL* by all defendants, filed. Motion Docket Date 9/4/2007. (Attachments: # 1 Proposed Order Granting Defendant Davol Inc. and CR Bard Inc.'s Unopposed motion for stay of proceedings pending transfer to MDL) (McFarland, D) (Entered: 08/14/2007) |
| 08/24/2007 | 7 | ORDER that this case is administratively closed..( Signed by Judge Vanessa D Gilmore ) Parties notified.(ealexander, ) (Entered: 08/28/2007) |
| 08/24/2007 | | (Court only) ***Case Terminated. (emares, ) (Entered: 08/29/2007) |
| 09/07/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (3) (certified copy) transferring case to USDC for the District of Rhode Island to be included in MDL Docket No. 1842.(jegonzalez, ) (Entered: 09/07/2007) |

**TRUE COPY I CERTIFY**
**ATTEST:**
**MICHAEL N. MILBY, Clerk**
**By** [signature]
**Deputy Clerk**